IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES DEERFIELD COOK II,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5744

Opinion filed May 5, 2017.

An appeal from an order of the Circuit Court for Leon County.
Charles W. Dodson, Judge.

James Deerfield Cook II, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Upon consideration of appellant's response to the Court's order of
December 22, 2016, the Court has determined that appellant failed to invoke the
Court's jurisdiction in a timely manner. Fla. R. App. P. 9.110(b). Accordingly, the
appeal is dismissed.

KELSEY, WINOKUR, and WINSOR, JJ., CONCUR.